UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TONY G. McFARR,

    Plaintiff,

v.

                        Case No.: 6:08-cv-02063-ORL-35-MSS-DAB

BLUE MARTINI ORLANDO, LLC,
a Florida corporation, and JESSIE NEWTON,
individually,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT AND
INCORPORATED MEMORANDUM OF LAW**

Defendants Blue Martini Orlando, LLC ("Blue Martini") and Jessie Newton ("Newton") (collectively, "Defendants"), by their undersigned counsel, move this Court for an extension of time, until February 4, 2009, to respond to plaintiff Tony G. McFarr's ("McFarr") complaint (Dkt. #1). In support, Defendants state as follows:

1. Plaintiff filed his complaint on December 11, 2008.

2. On December 19, 2008, plaintiff served Blue Martini through service on its registered agent, Richard G. Chosid.

3. Blue Martini's response to the complaint was due on January 8, 2009.

4. Service of process was completed on defendant Newton on January 8, 2009.

5. Newton's response to the complaint is due on January 28, 2009.

6. On January 20, 2009, Blue Martini filed an unopposed motion for extension of time to respond to complaint (Dkt. #11).

TPA:676594:1

7. On January 21, 2009, the Court granted Blue Martini's unopposed motion for extension of time to respond to complaint (Dkt. #12).

8. Defendants' responses are due on or before January 28, 2009.

9. Counsel for Defendants need additional time to investigate and evaluate the claims raised against Defendants in McFarr's complaint.

10. Undersigned counsel has confirmed that plaintiff's counsel is agreeable to this brief extension.

11. Accordingly, good cause exists for Defendants' request for an extension of time, pursuant to Rule 6 of the Fed.R.Civ.P.

WHEREFORE, defendants Blue Martini Orlando, LLC and Jessie Newton, request that this Court grant its unopposed motion for extension of time, up to and including February 4, 2009, to serve its response to plaintiff's complaint.

**LOCAL RULE 3.01(g) CERTIFICATE OF GOOD FAITH CONFERENCE**

Defendants Blue Martini Orlando, LLC and Jessie Newton, through their undersigned attorney, hereby certifies that it has made a good faith effort and conferred with E. Nannette Piccolo, Esq., counsel for plaintiff, who has no opposition to the requested relief.

/s/ Deborah H. Oliver
Robert W. Boos, Esq./Florida Bar #558079
Deborah H. Oliver, Esq./Florida Bar #0485111
RUDEN, McCLOSKY, SMITH,
 SCHUSTER & RUSSELL, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
813-222-6628 (Telephone)
813-314-6928 (Facsimile)
robert.boos@ruden.com
deborah.oliver@ruden.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF electronic notification system this 28th day of January, 2009, which will send a notice of electronic filing to E. Nannette Piccolo, Esq., Morgan & Morgan, P.A., 20 N. Orange Avenue, 16th Floor, P.O. Box 4979, Orlando, FL 32802-4979.

/s/ Deborah H. Oliver
Attorney